# UNITED STATES DISTRICT COURT
for the

FILED
OCT 08 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

Columbus County Inmates
*Petitioner*

v.

Sheriff William Rogers
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 5:26-HC-2169-FL
*(Supplied by Clerk of Court)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: ______
   (b) Other names you have used: ______
2. Place of confinement:
   (a) Name of institution: ______
   (b) Address: ______
   (c) Your identification number: ______
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☐ Other - explain:
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Columbus County District Ct
   (b) Docket number of criminal case: 26CR393602; 26CR393622; 3631
   (c) Date of sentencing: 9/24/26
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: Some

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❐ Pretrial detention
❐ Immigration detention
❐ Detainer
❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❐ Disciplinary proceedings
☒ Other *(explain)*: The Court lost subject matter jurisdiction when Counsel waive clients right to probable cause hearing without client consent

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: Columbus County District Court and Superior Court
(b) Docket number, case number, or opinion number: 
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

(d) Date of the decision or action: 9/24/2026

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
❐ Yes ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court:
(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: Not appealable

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
❐ Yes ❐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ❒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: motion to Dismiss Columbus County Clerk of Court.
(b) Name of the authority, agency, or court: Columbus County Court
(c) Date of filing: 9/3/26
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised: The Court lost jurisdiction once client right to probable cause hearing was waived

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner(S) was denied due process of law when his/her right to probable cause hearing was wavied.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I, nor did the plaintiffs waived our right to a probable cause hearing

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

**GROUND TWO:** The arresting officer committed perjury in the affidavit for arrest.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The arresting officer committed error stating Plaintiff was driving while license was revoked. The officer KNEW this was not true because I had my DL in my Possession during arrest.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

**GROUND THREE:** Whether North Carolina Constitution violates the Due Process Clause and Equal protection Clause and other states Constitutions when North Carolina attorney refuse to release discovery ~~Due~~ to possession of client.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

North Carolina Attorney(S) (Boyd Worley) and all attorney(S) refuse to give client(S) copy of Discovery. However the Petitioner(S) believe Due process will agree with other states Constitution(S) ... May Ineffective assistance of counsel ??

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Declare the Court lost juridiction absent a valid waiver (Johnson v. Zerbst) and the declare it unconstitutional to give magistrate perjury testimony or any other Relief this Court deems Necessary Determine if North Carolina Constitution violates Due Process.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

_______________________________________________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/28/26

_______________________________
*Signature of Petitioner*

Marvin Green
_______________________________
*Signature of Attorney or other authorized person, if any*

I give Marvin Green permission to petition the Court for Redress of Grevance on my behalf.

/s/ James A. Logan DATE: ____________
P: James A. Logan

/s/ Jeremy L. Blanton Date: ____________
P: Jeremy L. Blanton

/s/ Uzziel Posada Marquez Date: ____________
P: Uzziel Posada Marquez

/s/ Chris Posey Date: ____________
P: Chris Posey Posey

/s/ Heliodoro Noyola Jr DATE: ____________
P: Heliodoro Noyola JR

/s/ Angel Arellano DATE: ____________
P: Angel Arellano

/s/ Brenton Britt Date: ____________
P: Brenton Britt

/s/ Karsten M. Powell DATE: 9-24-2026
P: KARSTEN M. POWELL

/s/ Chris Faulk DATE: ____________
P: Chris Faulk

/s/ ______________________ DATE: ____________
P

/s/ ______________________ DATE: ____________
P:

/s/ ______________________ DATE: ____________
P:

/s/ ______________________ DATE
P:

AI Overview

In North Carolina, a defendant charged with a felony has a **statutory right to a probable cause hearing** within 15 working days of their first appearance in District Court, unless a grand jury indicts them first.

NC PRO +1

## Key Rules and Procedures

- **Legal Basis**: Governed by North Carolina General Statutes § 15A-601 and § 15A-606. There is no constitutional right to this hearing, only a state statutory right.

North Carolina Criminal Law Blog +4

- **Timeline**: The hearing must happen within **15 working days** of the initial first appearance, unless delayed for good cause or waived.

NC PRO +1

- **Purpose**: The state must show enough evidence to establish a reasonable belief that a crime was committed and that the defendant committed it.

Powers Law Firm PA +2

- **Waiver**: A defendant can waive the right to the hearing, but it must be done in **writing** and signed by both the defendant and their counsel.

NC PRO +1

- **Bypassing the Hearing**: Prosecutors often bypass or avoid these hearings by taking the case directly to a **Grand Jury for an indictment** (sometimes called a Voluntary Dismissal to the Grand Jury). Because of heavy court caseloads, actual live probable cause hearings are rare in many modern North Carolina counties.

Powers Law Firm PA +1

- **Potential Outcomes**: The judge can bind the case over to Superior Court if probable cause is found, try or schedule a related misdemeanor, or dismiss the charge. A dismissal does **not** stop the state from later seeking a grand jury indictment.

NC PRO +1